UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLYDE GERBRICK,

                         Plaintiff,

              -against-

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL, et al.,

                         Defendants.

24-CV-7063 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 24, 2025, the Court ordered Plaintiff to respond to OAG's letter seeking additional information by no later than March 18, 2025. ECF No. 24. The parties are hereby ORDERED to file a status letter with the Court by no later than April 9, 2025. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: April 1, 2025
       New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge